# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA

IN RE:                                *

SHANICKA R. LEWIS,                    *        CASE NO.: 13-04369 WSS-13
Debtor(s).

## CUMULATIVE STATEMENT OF AMENDMENTS

COME NOW the Debtor(s), SHANICKA R. LEWIS, in this proceeding and herewith file this Summary of Amendments to her Chapter 13 Plan, and show unto this Honorable Court as follows:

1. Amendment to Schedule F to add Sprint as a creditor.

2. Amendment to Schedule D to add City Leasing LLC as a creditor.

3. Amendment to Schedule I to adjust the debtor's income.

4. Amendment to Schedule J to adjust the debtor's expenses.

/s/ Johnny M. Lane
JOHNNY M. LANE   LAN027
Attorney for Debtors
317 Shelton Beach Road
Saraland, AL 36571

## CERTIFICATE OF SERVICE

I hereby certify that I have sent a copy of the foregoing pleading by sending the same via electronic mail, where applicable, or United States Mail, properly addressed and first class postage prepaid, on this 20th day of May, 2014, to the below listed:

JOHN C. MCALEER, III, TRUSTEE
POST OFFICE BOX 1884
MOBILE, AL 36633

Sprint
Post Office Box 54977
Los Angeles, CA 90054-0977

City Leasing, LLC.
Post Office Box 772808
Memphis, TN 38177

                                            /s/ JOHNNY M. LANE
                                            JOHNNY M. LANE

# United States Bankruptcy Court
## Southern District of Alabama

In re: **Shanicka R. Lewis**, Debtor

Case No. **13-04369**

Chapter **13**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 27,800.00 | | |
| B - Personal Property | Yes | 4 | 22,653.04 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 45,552.61 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 16,322.90 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 2,706.03 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 1,990.75 |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| Total Assets | | | 50,453.04 | | |
| Total Liabilities | | | | 61,875.51 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Southern District of Alabama

In re: **Shanicka R. Lewis**, Debtor

Case No. **13-04369**

Chapter **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
| --- | ---: |
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 0.00 |

State the following:

| | |
| --- | ---: |
| Average Income (from Schedule I, Line 12) | 2,706.03 |
| Average Expenses (from Schedule J, Line 22) | 1,990.75 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 3,030.00 |

State the following:

| | | |
| --- | ---: | ---: |
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 9,675.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 16,322.90 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 25,997.90 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re   Shanicka R. Lewis                                         ,   Case No.   13-04369
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. 913<br><br>City Leasing LLC<br>Post Office Box 772808<br>Memphis, TN 38177 | - | | 2010<br><br>Loan for Swing Set<br><br>Children's swing set<br><br>Value $    2,500.00 | | | | 2,500.00 | 0.00 |
| Account No. Shanicka Lewis<br><br>Hancock Bank<br>5025 Main Street<br>Moss Point, MS 39563 | - | | Loan against 401K<br><br>401K Baber's valued at $5,325.04 through Hancock Bank Retirement Services Plan<br><br>Value $    5,325.04 | | X | | 295.61 | 0.00 |
| Account No. xxxx0090<br><br>Harrison Finance Company<br>705 Saraland Blvd.<br>Saraland, AL 36571 | - | | 6/2012<br><br>Mortgage<br><br>Debtor's homeplaee located at 312 Church Street<br>                              Prichard, AL 36610<br><br>Value $    27,800.00 | | X | | 16,206.00 | 0.00 |
| Account No. 2466<br><br>Mid Atlantic Fianace<br>15500 Lightware Drive<br>STE 201<br>Clearwater, FL 33760-3505 | - | | 2012<br><br>Automobile Purchase<br><br>2003 Mercury Sable totalled in wreck. Does not run or drive<br><br>Value $    300.00 | | | | 1,769.00 | 1,469.00 |

___1___ continuation sheets attached

Subtotal (Total of this page)      20,770.61      1,469.00

In re  Shanicka R. Lewis
_____,
                    Debtor

Case No.    13-04369    

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. Shanicka Lewis<br><br>Motor Acceptance<br>6 13th Street<br>Columbus, GA 31901-2151 | - | | 2/23/2011<br>Automobile Purchase<br>2005 Chevrolet Malibu<br><br>Value $ 3,200.00 | | X | | 6,189.00 | 2,989.00 |
| Account No. xxxxxxxxx3897<br><br>Santander Consumer<br>Post Office Box 961245<br>Fort Worth, TX 76161-0244 | - | | 9/13/2013<br>Automobile Purchase<br>2011 Hyundai Sonata<br><br>Value $ 13,376.00 | | | | 18,593.00 | 5,217.00 |
| Account No.<br><br> | | | <br><br>Value $ | | | | | |
| Account No.<br><br> | | | <br><br>Value $ | | | | | |
| Account No.<br><br> | | | <br><br>Value $ | | | | | |

Sheet  1  of  1   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal (Total of this page)  24,782.00  8,206.00

Total (Report on Summary of Schedules)  45,552.61  9,675.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  Shanicka R. Lewis , Case No. 13-04369
                    Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | Codebtor | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | Contingent | Unliquidated | Disputed | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Shanicka Lewis<br><br>Alabama Title Loan<br>914 Hwy 43<br>Saraland, AL 36571 | - | | 2013<br>Title Loan | | X | | 470.00 |
| Account No. xxxxxxxx7483<br><br>AT&T<br>P O Box 536216<br>Atlanta, GA 30353-6216 | - | | 11/1/2012<br>Phone bill | | X | | 1,328.38 |
| Account No. Shanicka Lewis<br><br>Comcast Cable<br>3248 Springhill Avenue<br>Mobile, AL 36607 | - | | 2013<br>Cable bill | | X | | 300.00 |
| Account No. Shanicka Lewis<br><br>Direct Management<br>4320 Downtowner Loop - Suite A<br>Mobile, AL 36609 | - | | 6/2011<br>Medical Bill | | X | | 94.00 |

_3_ continuation sheets attached

Subtotal (Total of this page)  2,192.38

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com          S/N:23457-140320   Best Case Bankruptcy

In re  **Shanicka R. Lewis**,  Case No. __13-04369__
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx4392<br><br>Fingerhut<br>P.O. Box 166<br>Newark, NJ 07101 | - | | 2011<br>Line of Credit | | X | | 1,136.91 |
| Account No. Shanicka Lewis<br><br>HSN<br>Post Office 659707<br>San Antonio, TX 78265 | - | | 2012<br>Line of Credit | | X | | 1,106.46 |
| Account No. Shanicka Lewis<br><br>I Cash<br>110 North Craft Highway<br>Chickasaw, AL 36611 | - | | 2013<br>Cash advance loan | | X | | 235.00 |
| Account No. Shanicka Lewis<br><br>Mobile Gas<br>2828 Dauphin Street<br>Mobile, AL 36608 | - | | 2012<br>Gas bill | | | | 200.00 |
| Account No. xxx-x0773<br><br>Quick Click Loans<br>Post Office Box 5040<br>Alpharetta, GA 30023 | - | | 2012<br>Loan | | X | | 2,465.08 |

Sheet no. __1__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   5,143.45

B6F (Official Form 6F) (12/07) - Cont.

In re  **Shanicka R. Lewis**  , Case No. **13-04369**
                       Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Shanicka Lewis<br><br>QVC<br>1200 Wilson Drive<br>West Chester, PA 19380 | | - | 2013<br>Line of Credit | | X | | 500.00 |
| Account No. xxxx0205<br><br>RAC Acceptance<br>3725 Airport Blvd.<br>Mobile, AL 36608-1633 | | - | 11/15/2013<br>appliances | | X | | 1,725.00 |
| Account No. Shanicka Lewis<br><br>Security Finance<br>208 Saraland Blvd.<br>Saraland, AL 36571 | | - | 7/19/2013<br>Loan | | | | 528.00 |
| Account No. Shanicka Lewis<br><br>Seventh Avenue<br>1112 7th Avenue<br>Monroe, WI 53566-1364 | | - | 2013<br>Account | | X | | 268.57 |
| Account No. Shanicka Lewis<br><br>Springhill Memorial Hospital<br>3719 Dauphin Street<br>Mobile, AL 36609 | | - | Medical Bill | | X | | 1,200.00 |

Sheet no. __2__ of __3__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **4,221.57**

In re  **Shanicka R. Lewis**,  Case No. __13-04369__
Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx1017  Sprint  Post Office Box 54977  Los Angeles, CA 90054-0977 | - | | 2010  Cell phone bill | | X | | 1,017.50 |
| Account No. Shanicka Lewis  Sun Loan  620 Saraland Blvd.  Saraland, AL 36571 | - | | 8/15/2013  Loan | | X | | 454.00 |
| Account No. Shanicka Lewis  T Mobile  Post Office Box 37380  Albuquerque, NM 87176 | - | | 2009  phone bill | | X | | 1,647.00 |
| Account No. Shanicka Lewis  USA Medical Center  2451 Fillingim Street  Mobile, AL 36604 | - | | Medical Bill | | X | | 800.00 |
| Account No. Shanicka Lewis  Woodforest National Bank  Post Office Box 7889  Woodlands, TX 77387 | - | | 2009  checking account | | X | | 847.00 |

Sheet no. _3_ of _3_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    4,765.50

Total (Report on Summary of Schedules)    16,322.90

Fill in this information to identify your case:

Debtor 1: **Shanicka R. Lewis**

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ALABAMA

Case number (If known): 13-04369

Check if this is:
- ☒ An amended filing
- ☐ A supplement showing post-petition chapter 13 income as of the following date:
  _____ MM / DD / YYYY

Official Form B 6I

# Schedule I: Your Income
12/13

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

   |  | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ☒ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
   | Occupation | Manager | |
   | Employer's name | Baber's | |
   | Employer's address | 301 Hwy. 43 N.<br>Saraland, AL 36571 | |
   | How long employed there? | 7 years | |

### Part 2: Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| 2. List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 2,400.00 | $ N/A |
| 3. Estimate and list monthly overtime pay. | +$ 0.00 | +$ N/A |
| 4. Calculate gross Income. Add line 2 + line 3. | $ 2,400.00 | $ N/A |

Official Form B 6I — Schedule I: Your Income — page 1

Debtor 1  Shanicka R. Lewis    Case number (if known) 13-04369

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
|  | Copy line 4 here | 4. | $ 2,400.00 | $ N/A |

5. List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 278.12 | $ N/A |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ N/A |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ N/A |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ N/A |
| 5e. | Insurance | 5e. | $ 45.85 | $ N/A |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ N/A |
| 5g. | Union dues | 5g. | $ 0.00 | $ N/A |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 + | $ N/A |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6. $ 323.97    $ N/A

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7. $ 2,076.03    $ N/A

8. List all other income regularly received:

   8a. **Net income from rental property and from operating a business, profession, or farm**
   Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a. $ 0.00    $ N/A

   8b. **Interest and dividends**    8b. $ 0.00    $ N/A

   8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
   Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c. $ 0.00    $ N/A

   8d. **Unemployment compensation**    8d. $ 0.00    $ N/A

   8e. **Social Security**    8e. $ 0.00    $ N/A

   8f. **Other government assistance that you regularly receive**
   Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
   Specify:  check for children    8f. $ 630.00    $ N/A

   8g. **Pension or retirement income**    8g. $ 0.00    $ N/A

   8h. **Other monthly income.** Specify:    8h.+ $ 0.00 +    $ N/A

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9. $ 630.00    $ N/A

10. **Calculate monthly income.** Add line 7 + line 9.
    Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10. $ 2,706.03 + $ N/A = $ 2,706.03

11. **State all other regular contributions to the expenses that you list in Schedule J.**
    Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
    Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
    Specify:    11. +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data, if it applies    12. $ 2,706.03

    Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**
    ■ No.
    ☐ Yes. Explain:

Fill in this information to identify your case:

Debtor 1: **Shanicka R. Lewis**

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ALABAMA

Case number: **13-04369**
(If known)

Check if this is:

☑ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form B 6J
# Schedule J: Your Expenses
12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. Is this a joint case?

    ☑ No. Go to line 2.
    ☐ Yes. Does Debtor 2 live in a separate household?
        ☐ No
        ☐ Yes. Debtor 2 must file a separate Schedule J.

2. Do you have dependents?  ☐ No

    Do not list Debtor 1 and Debtor 2.
    ☑ Yes. Fill out this information for each dependent...........

    Do not state the dependents' names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Niece | 3 | ☐ No ☑ Yes |
| Niece | 4 | ☐ No ☑ Yes |
| Nephew | 7 | ☐ No ☑ Yes |
| Daughter | 13 | ☐ No ☑ Yes |
| Son | 16 | ☐ No ☑ Yes |
| Daughter | 17 | ☐ No ☑ Yes |
| Son | 19 | ☐ No ☑ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?
    ☑ No
    ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.
       4. $     **421.75**

   If not included in line 4:

   4a. Real estate taxes     4a. $     **15.00**

Official Form B 6J      Schedule J: Your Expenses      page 1

Debtor 1 **Shanicka R. Lewis**     Case number (if known) **13-04369**

- 4b. Property, homeowner's, or renter's insurance    4b. $ 0.00
- 4c. Home maintenance, repair, and upkeep expenses    4c. $ 25.00
- 4d. Homeowner's association or condominium dues    4d. $ 0.00
- 5. **Additional mortgage payments for your residence,** such as home equity loans    5. $ 0.00

Debtor 1 Shanicka R. Lewis    Case number (if known) 13-04369

6. Utilities:
    6a. Electricity, heat, natural gas                                      6a. $      375.00
    6b. Water, sewer, garbage collection                                    6b. $      150.00
    6c. Telephone, cell phone, Internet, satellite, and cable services      6c. $       75.00
    6d. Other. Specify: **Gas**                                             6d. $       50.00
7. Food and housekeeping supplies                                           7.  $      300.00
8. Childcare and children's education costs                                 8.  $        0.00
9. Clothing, laundry, and dry cleaning                                      9.  $       50.00
10. Personal care products and services                                    10.  $        0.00
11. Medical and dental expenses                                            11.  $      100.00
12. Transportation. Include gas, maintenance, bus or train fare.
    Do not include car payments.                                           12.  $      300.00
13. Entertainment, clubs, recreation, newspapers, magazines, and books     13.  $        0.00
14. Charitable contributions and religious donations                       14.  $        0.00
15. Insurance.
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a. Life insurance                                                   15a.  $        0.00
    15b. Health insurance                                                 15b.  $        0.00
    15c. Vehicle insurance                                                15c.  $      129.00
    15d. Other insurance. Specify:                                        15d.  $        0.00
16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify:                                                              16.   $        0.00
17. Installment or lease payments:
    17a. Car payments for Vehicle 1                                       17a.  $        0.00
    17b. Car payments for Vehicle 2                                       17b.  $        0.00
    17c. Other. Specify:                                                  17c.  $        0.00
    17d. Other. Specify:                                                  17d.  $        0.00
18. Your payments of alimony, maintenance, and support that you did not report as deducted
    from your pay on line 5, *Schedule I, Your Income* (Official Form 6I). 18.  $        0.00
19. Other payments you make to support others who do not live with you.         $        0.00
    Specify:                                                              19.
20. Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*
    20a. Mortgages on other property                                      20a.  $        0.00
    20b. Real estate taxes                                                20b.  $        0.00
    20c. Property, homeowner's, or renter's insurance                     20c.  $        0.00
    20d. Maintenance, repair, and upkeep expenses                         20d.  $        0.00
    20e. Homeowner's association or condominium dues                      20e.  $        0.00
21. Other: Specify:                                                       21.  +$        0.00

22. **Your monthly expenses.** Add lines 4 through 21.                    22.   $    1,990.75
    The result is your monthly expenses.
23. **Calculate your monthly net income.**
    23a. Copy line 12 *(your combined monthly income)* from Schedule I.   23a.  $    2,706.03
    23b. Copy your monthly expenses from line 22 above.                   23b. -$    1,990.75

    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income.*                         23c.  $      715.28

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ■ No.
    ☐ Yes. Explain:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

In Re:
SHANICKA R. LEWIS,

    Debtor(s).

\*    CASE NUMBER: 13-04369

\*
\*

## PERJURY STATEMENT

**COMES NOW** the Debtor(s), SHANICKA R. LEWIS, and do declare under penalty of perjury that the information provided in this statement is true and correct.

Date: <u>May 21, 2014</u>    Signature: <u>/s/ SHANICKA R. LEWIS</u>
                                  SHANICKA R. LEWIS
                                  (Debtor)

)